18 N.Y.3d 837 (2011)
962 N.E.2d 259
938 N.Y.S.2d 837
2011 NY Slip Op 92313
GALASSO, LANGIONE & BOTTER, LLP, et al., Respondents,
v.
THOMAS F. LIOTTI, Defendant and Third-Party Plaintiff-Appellant.
FREDERICK K. BREWINGTON, Third-Party Defendant-Respondent.
Motion No: 2011-1105.
Court of Appeals of New York.
Submitted October 17, 2011.
Decided December 15, 2011.
*838 Motion for reargument of motion for leave to appeal denied [see 17 NY3d 847 (2011)]. Motion for a stay dismissed as academic.